Marc V. Kalagian
Attorney at Law: 149034
211 East Ocean Boulevard, Suite 420
Long Beach, CA 90802
Tel: (562)437-7006
Fax: (562)432-2935
E-Mail: rohlfing.kalagian@rksslaw.com
Attorneys for Plaintiff
SHANE M. GILLIGAN

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANE M. GILLIGAN, <br><br>    Plaintiff, <br><br> v. <br><br> CAROLYN W. COLVIN, Acting Commissioner of Social Security. <br><br>    Defendant. | Case No.: 2:14-cv-01956-KJN <br><br> ORDER RE STIPULATION TO EXTEND TIME TO FILE MOTION FOR SUMMARY JUDGMENT |

Plaintiff Shane M. Gilligan and Defendant Carolyn W. Colvin, Acting Commissioner of Social Security, through their undersigned attorneys, stipulate, subject to this court's approval, to extend the time by 45 days from March 29, 2015 to May 13, 2015 for Plaintiff to file a Motion for Summary Judgment, with all other dates in the Court's Order Concerning Review Of Social Security Cases extended accordingly. This is Plaintiff's first request for an extension.

///

-1-

1  This request is made at the request of Plaintiff's counsel to allow additional
2  time to fully research the issues presented or to otherwise plead.
3
4  DATE: March 26, 2015            Respectfully submitted,
5                                   ROHLFING & KALAGIAN, LLP
6                                           /s/ *Marc V. Kalagian*
   BY: _____
7      Marc V. Kalagian
8      Attorney for plaintiff Mr. Shane M. Gilligan
9
10 DATE:  March 26, 2015
                                    BENJAMIN B. WAGNER
11                                  United States Attorney
12                                         /s/ *Jean M. Turk*
   BY: _____
13     JEAN M. TURK
       Special Assistant United States Attorney
14     Attorneys for defendant Carolyn W. Colvin
       |*authorized by e-mail|
15
16
17 IT IS SO ORDERED.
18
19 Dated:  April 6, 2015
20
                                    _____
21                                  KENDALL J. NEWMAN
                                    UNITED STATES MAGISTRATE JUDGE
22
23
24
25
26