Marc V. Kalagian
Attorney at Law: 149034
Law Offices of Rohlfing & Kalagian, LLP
211 East Ocean Boulevard, Suite 420
Long Beach, CA 90802
Tel.: (562)437-7006
Fax: (562)432-2935
E-mail: rohlfing.kalagian@rksslaw.com

Attorneys for Plaintiff
Shane M. Gilligan

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| SHANE M. GILLIGAN, <br><br> Plaintiff, <br><br> vs. <br><br> CAROLYN W. COLVIN, Acting Commissioner of Social Security, <br><br> Defendant. | Case No.: 2:14-cv-1956-KJN <br><br> ORDER OF DISMISSAL |

Based on the parties' stipulation and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), IT IS HEREBY ORDERED that:

1. The action is dismissed with prejudice, each party to bear its own fees, costs, and expenses.

2. The Clerk of Court shall vacate all dates and close this case.

Dated: May 20, 2015

_____

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

-1-